IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNY WILLIAMS
and MARY WILLIAMS                                          PLAINTIFFS

v.                       No. 3:15-cv-291-DPM

DIANN A. KERSEY                                            DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2017